Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Kirstin A. Jensvold-Rumage, SBN 345916
kirstin@milordlaw.com
MILORD LAW GROUP P.C.
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
Tel: (310) 226-7878

Attorneys for Plaintiff
L.A. GEM and JEWELRY DESIGN, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM and JEWELRY DESIGN, INC., a California Corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>UNCAS INTERNATIONAL, LLC, a Rhode Island Limited Liability Company, and DOES 1-10,<br><br>              Defendants. | Case No.:  2:23-cv-08831<br><br>**COMPLAINT FOR:**<br><br>**1.  COPYRIGHT INFRINGEMENT;**<br><br>**2.  CONTRIBUTORY AND/OR VICARIOUS COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

MILORD LAW GROUP P.C.
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

-1-

**COMPLAINT – Jury Demand**

Plaintiff L.A. Gem and Jewelry Design, Inc. ("LA Gem"), by and through its undersigned counsel, sues Defendant UNCAS International, LLC ("UNCAS" or "Defendant") and DOES 1-10 and alleges:

## JURISDICTION AND VENUE

1. This action arises under the laws of the United States and the Copyright Act of 1976 (17 U.S.C. § 101, *et seq.*), and as such, the Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

2. This Court has personal jurisdiction because the Defendant engaged in substantial, continuous, and systematic activities within the state, including:

    (a)    registering and maintaining registration with the California Secretary of State to conduct business in California;

    (b)    conducting regular business in California and this District as sophisticated sellers and engaging in a substantial volume of transactions in California;

    (c)    advertising in and targeting residents in California, including the Infringing Product;

    (d)    maintaining employees and an office in this District; and

    (e)    selling and/or offering for sale the Infringing Product described in this Complaint at Walmart's brick and mortar stores in this District, thereby placing the Infringing Product into the stream of commerce intending that the Infringing Product would be purchased by consumers in California residing in this District.

3. The Court also has personal jurisdiction because Defendant engaged in multiple intentional acts of copyright infringement expressly aimed at California which have caused harm to LA Gem. Such acts include but are not limited to:

    (a)    marketing, selling, and delivering a substantial amount of Infringing Product in the state of California and this District, thereby purposefully engaging businesses and consumers in California for its

MILORD LAW GROUP P.C.
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

MILORD LAW GROUP P.C.
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

own commercial gain;

(b)    on information and belief, using highly interactive commercial websites, like www.walmart.com, as a conduit to engage in a substantial volume of sales of the infringing jewelry, including in the state of California and this District, thereby placing UNCAS in direct competition with LA Gem in California;

(c)    engaging in contractual relations with numerous businesses in California to provide location targeted marketing and sales in California, with the intent to develop a market in the state of California and this District, including listing Los Angeles as one of its business locations on its website; and,

(d)    being aware of LA Gem's copyrights and knowing LA Gem was a Los Angeles, California-based company.  Thus, UNCAS also knew or was willfully blind to the fact that LA Gem owned a valid copyright in the subject design, and that LA Gem would suffer lost sales and harm in this jurisdiction as a result of Defendant's willful and intentional infringing activities.

4.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§1391(b), (c), and 1400(a) because Defendant conducts regular business in this District by advertising, selling, promoting, and shipping goods to this District, maintaining employees and an office in this District, and a substantial part of the events or omissions giving rise to the claim occurred in this District.

## THE PARTIES

5.    Plaintiff LA Gem is a California corporation having a place of business at 659 S. Broadway, Los Angeles, California 90014.  LA Gem also provides services and goods under its LA Rocks service mark and trademark.

6.    Defendant UNCAS is a Rhode Island Limited Liability Company with its

principal place of business at 1600 Division Road, West Warwick, RI 02893.  UNCAS is registered to do business in the state of California and does business in the state of California.  UNCAS markets and sells products, including contracting with Walmart in this case to sell the Infringing Product, through Walmart's brick and mortar stores in California and in this District.  Specifically, at all relevant times, UNCAS has:

(a)   maintained employees in this District;

(b)   advertised its goods nationwide, including advertising the infringing jewelry and targeting California and this District;

(c)   maintained an office located at 628 S. Anaheim Blvd, Anaheim, CA 92805 and the following local phone number (818) 800-7986;

(d)   sold and/or offered for sale the Infringing Product described in this Complaint through Walmart's brick and mortar stores and on the website www.walmart.com, thereby placing the Infringing Product into the stream of commerce intending that the Infringing Product would be purchased by consumers with access to the Internet, including California citizens residing in this judicial district; and

(e)   on information and belief, contracted with numerous businesses in this District to provide location targeted marketing and sales in this District.

7.     Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed LA Gem's copyright, have contributed to the infringement of LA Gem's copyright, or have engaged in one or more of the wrongful acts alleged herein.  The true names, whether corporate, individual, or otherwise of DOES 1 through 10, inclusive, are presently unknown to LA Gem, and therefore, are being sued by such fictitious names, and LA Gem will seek leave to amend this Complaint to include their true names and capacities when the same have been ascertained.

8.     LA Gem is informed and believes, and on that basis alleges, that at all times relevant to this action, each of the Defendants was the agent, affiliate, officer, director,

MILORD LAW GROUP P.C.
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

-4-

**COMPLAINT – Jury Demand**

manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment, and actively participated in or subsequently ratified and adopted, or both, each and all of the acts or conduct alleged herein with full knowledge of each and every violation of LA Gem's rights and the damages to LA Gem proximately caused thereby.

MILORD LAW GROUP P.C.
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

## FACTS COMMON TO ALL COUNTS

9. LA Gem is a designer and creator of jewelry whose jewelry pieces are sold by numerous national retailers and are widely distributed, including the Moon Pendant (as hereinafter defined).

10. LA Gem is the designer and creator of the original jewelry artwork (as hereinafter described), widely distributed through national retailers, all prior to Defendant's conduct complained of herein. LA Gem's Moon Pendant jewelry is also sold by Walmart.com, wherein Walmart purchases LA Gem's jewelry for private labeling under its house brand, whereby the Moon Pendant is widely disseminated. The Moon Pendant jewelry was also sold on Amazon.com at least as early as 2012, well before the date UNCAS copied the Moon Pendant, and has been one of Amazon Collection's best performing pieces of jewelry. Thus, Defendant had access to the Moon Pendant and an opportunity to view and/or copy the work.

11. Upon information and belief, Defendant purchased, sold, marketed, advertised, manufactured, caused to be manufactured, imported and/or distributed jewelry designs which are identical, or substantially similar to, LA Gem's Moon Pendant (as hereinafter defined).

12. Upon information and belief, UNCAS is a retailer, manufacturer, and/or distributor of jewelry and is in the business of manufacturing, marketing, and selling jewelry products that are available for purchase and use across the United States, including in this District.

13. In 2011, LA Gem created its original design entitled LA Rocks I Love You

**COMPLAINT – Jury Demand**

to the Moon and Back: 440811 ("Moon Pendant"), as pictured below:



14.    LA Gem then registered the copyright in the Moon Pendant with the United States Copyright Office, and was granted such registration on November 21, 2013, under Registration No. VA 1-912-320.

15.    At all relevant times, LA Gem complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq*., and secured the exclusive rights and privileges in and to the Moon Pendant.  LA Gem's Moon Pendant is an original work copyrightable under the Copyright Act and has been registered in full compliance with the Copyright Act.

16.    Since the creation of the Moon Pendant, LA Gem has been and still is the sole proprietor of all rights, title, and interest in and to the copyright therein and Certificate of Registration corresponding therewith.

17.    Since its creation, the Moon Pendant has been manufactured and/or distributed by LA Gem or under its authority.

18.    LA Gem has not authorized UNCAS to copy, reproduce, manufacture, duplicate, disseminate, or distribute the Moon Pendant or any jewelry products substantially similar thereto.

19.    Upon information and belief, UNCAS has engaged in the marketing, advertising, promotion, distribution, and/or sale of infringing copies of the Moon Pendant.

20.    Upon information and belief, UNCAS sold unauthorized and infringing copies of the Moon Pendant, which bear a design that is substantially similar—if not strikingly similar—to the authentic LA Gem Moon Pendant at retail, at wholesale, and through national online retailers, including Walmart's brick and mortar stores and on www.walmart.com (the "Infringing Product").  All of the foregoing acts occurred

MILORD LAW GROUP P.C.
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

MILORD LAW GROUP P.C.
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

without LA Gem's consent.

21.     LA Gem recently became aware of the infringement and purchased the UNCAS's infringing jewelry.

22.     LA Gem's investigation shows that the infringing jewelry was available for sale at the Walmart Supercenter, located at 1301 N Victory Pl, Burbank, CA 91502.

23.     For the Court's convenience, the following table sets forth LA Gem's copyrighted Moon Pendant design at issue and UNCAS's Infringing Product:

| **L.A. Gem Copyrighted Moon Pendant** |
|:---:|
| Moon Pendant<br>Registration No.: VA 1-912-320<br> |
| **UNCAS's Infringing Product** |
|   |

## **FIRST CAUSE OF ACTION**

### **Copyright Infringement (17 U.S.C. § 101)**

24.     LA Gem hereby realleges and incorporates the allegations in paragraphs 1-

**COMPLAINT – Jury Demand**

23 of this Complaint as if fully set forth herein.

25. UNCAS' s acts constitute infringement of LA Gem's copyright in the Moon Pendant in violation of the Copyright Act, 17 U.S.C. § 101, *et seq*.

26. LA Gem is informed and believes that UNCAS's manufacture, distribution, duplication and/or sale of infringing copies of the Moon Pendant was willful and intentional and without regard to LA Gem's proprietary rights.

27. UNCAS's copyright infringement has caused and will continue to cause LA Gem to suffer substantial injuries, loss, and damage to its proprietary and exclusive rights to the copyright in the Moon Pendant and further, has diverted its trade, and caused loss of profits, all in an amount not yet determined. In addition, LA Gem is entitled to receive the profits made by UNCAS from its wrongful acts pursuant to 17 U.S.C. § 504. Alternatively, LA Gem is entitled to recover statutory damages, on election by LA Gem, in an amount of up to $150,000 per copyright registration.

28. UNCAS's copyright infringement and the threat of continuing infringement has caused, and will continue to cause, LA Gem repeated and irreparable injury. It would be difficult to ascertain the amount of monetary damages that would afford LA Gem adequate relief at law for UNCAS's acts and continuing acts. LA Gem's remedy at law is not adequate to compensate it for the injuries already inflicted and further threatened by UNCAS. Therefore, LA Gem is entitled to preliminary and permanent injunctive relief pursuant to 17 U.S.C. § 502, and to an order under 17 U.S.C. § 503 and 28 U.S.C. § 1651(a) that the infringing copies of the Moon Pendant, and all molds by which such infringing copies were produced, be seized, impounded, and destroyed.

29. LA Gem is also entitled to recover its attorneys' fees and cost of suit pursuant to 17 U.S.C. § 505.

## SECOND CAUSE OF ACTION

### Contributory and/or Vicarious Copyright Infringement

30. LA Gem hereby realleges and incorporates the allegations in paragraphs 1-

MILORD LAW GROUP P.C.
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

29 of this Complaint as if fully set forth herein.

31. LA Gem is informed and believes, and thereon alleges, that UNCAS knowingly induced, participated in, aided and abetted, and resultantly profited from the illegal reproduction, importation, purchase, distribution, and/or sale of products bearing the Moon Pendant as alleged in this Complaint.

32. LA Gem is informed and believes, and thereon alleges, that UNCAS is vicariously liable for the copyright infringement of the Moon Pendant alleged in this Complaint because it had the right and the ability to supervise such infringement and because it had a direct financial interest in the infringing conduct.

33. By virtue of UNCAS's contributory and/or vicarious copyright infringement of the Moon Pendant, LA Gem has suffered substantial damages to its business in an amount to be established at trial.

34. By virtue of UNCAS's contributory and/or vicarious copyright infringement of the Moon Pendant, LA Gem has suffered general and special damages in an amount to be established at trial.

35. By virtue of UNCAS's contributory and/or vicarious copyright infringement, UNCAS has obtained direct and indirect profits that it would not have realized but for its infringement of the Moon Pendant. As such, LA Gem is also entitled to disgorgement of UNCAS's profits that are directly and indirectly attributable to its acts of infringement in an amount to be established at trial.

36. LA Gem is informed and believes, and thereon alleges, that UNCAS has continued to import, manufacture, cause to be manufactured, and/or sell the infringing product with knowledge that such acts violated LA Gem's intellectual property rights. Therefore, UNCAS's acts of copyright infringement as alleged above, were and continue to be, willful, intentional, and malicious, subjecting UNCAS to liability for statutory damages under 17 U.S.C. § 504(c)(2) in the sum of up to one hundred fifty thousand dollars ($150,000) per each act of infringement. Further, UNCAS willfully and intentionally infringed the Moon Pendant, which renders UNCAS liable for statutory

MILORD LAW GROUP P.C.
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

**COMPLAINT – Jury Demand**

damages as described above.  Within the time permitted by law, LA Gem will elect between actual or statutory damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff LA Gem prays for judgment against UNCAS as follows:

A.    That the Court enter a judgment against UNCAS finding it has infringed the rights of LA Gem in LA Gem's federally registered copyright under 17 U.S.C. § 501.

B.    That the Court issue a Preliminary Injunction enjoining and restraining UNCAS and its respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with UNCAS, from:

i.    manufacturing, producing, selling, distributing, destroying, altering, or otherwise disposing of any jewelry that is in the possession of UNCAS that is substantially similar to the Moon Pendant;

ii.    destroying any documents, electronic files, wax models, molds, business records, or any other tangible object pertaining to the copying, reproduction, manufacture, duplication, distribution, or advertisement of any such Infringing Product; and,

iii.    engaging in any other activity constituting an infringement of LA Gem's copyright of the Moon Pendant .

C.    That LA Gem be awarded damages for UNCAS's copyright infringement either: (i) actual damages in an amount to be determined at trial, together with UNCAS's profits derived from its unlawful infringement of LA Gem's copyright; or (ii) statutory damages in an amount provided by law, as set forth in 17 U.S.C. § 504, at LA Gem's election before the entry of final judgment, together with prejudgment and post-judgment interest.

D.    That the Court issue a Permanent Injunction enjoining and restraining UNCAS and its respective agents, servants, employees, successors, and assigns, and all

MILORD LAW GROUP P.C.
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

-10-

COMPLAINT – Jury Demand

other persons acting in concert with or in conspiracy with or affiliated with UNCAS, from copying, reproducing, manufacturing, duplicating, disseminating, distributing, or using the Moon Pendant or any other substantially similar jewelry that infringes LA Gem's copyright.

     E.    That the Court award LA Gem its reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

     F.    That the Court award LA Gem its costs of suit incurred herein.

     G.    That LA Gem be awarded such other relief as may be appropriate.

Dated:  October 19, 2023     Respectfully submitted,

**MILORD LAW GROUP P.C.**

/s/ Milord A. Keshishian
Milord A. Keshishian
Attorneys for Plaintiff
L.A. GEM AND JEWELRY DESIGN, INC.

## DEMAND FOR JURY TRIAL

LA Gem, through its attorneys of record, hereby demands trial by Jury.

Dated:  October 19, 2023     Respectfully submitted,

**MILORD LAW GROUP P.C.**

/s/ Milord A. Keshishian
Milord A. Keshishian
Attorneys for Plaintiff
L.A. GEM AND JEWELRY DESIGN, INC.

MILORD LAW GROUP P.C.
333 South Hope Street, Suite 4025
Los Angeles, CA 90071
(310) 226-7878

-11-

COMPLAINT – Jury Demand