# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM and JEWELRY DESIGN, INC., a California Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>UNCAS INTERNATIONAL, LLC, a Rhode Island Limited Liability Company,<br><br>    Defendant. | Case No.: 2:23-cv-08831-SB-KS<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal of Action with Prejudice, Dkt. No. 31, this action is dismissed in its entirety with prejudice. Each party is to bear its own costs, expenses, and attorneys' fees incurred in this action.

Date: June 6, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge